**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: MATOUSEK, JOHN DREW　§　Case No. 12-10214
　§
　§
　§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/14/2012. The undersigned trustee was appointed on 03/14/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of　　$　　35,294.62

　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 21,767.94 |
| Administrative expenses | 5,500.00 |
| Bank service fees | 522.91 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]　　$ | 7,503.77 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

     6. The deadline for filing non-governmental claims in this case was 09/11/2013 and the deadline for filing governmental claims was 09/10/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,279.46. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $4,279.46, for a total compensation of $4,279.46[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/02/2016    By: /s/ Michael Desmond
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

     [2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

| Case No.: | 12-10214 | | Trustee Name: | (330623) Michael Desmond |
|---|---|---|---|---|
| Case Name: | MATOUSEK, JOHN DREW | | Date Filed (f) or Converted (c): | 03/14/2012 (f) |
| | | | § 341(a) Meeting Date: | 05/10/2012 |
| For Period Ending: | 09/02/2016 | | Claims Bar Date: | 09/11/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12553 Castle Rock Drive, Huntley, IL Debtor has | 37,500.00 | 0.00 | | 0.00 | FA |
| 2 | are1433 W. Oakmont | 205,000.00 | 0.00 | | 0.00 | FA |
| 3 | cash | 100.00 | 100.00 | | 0.00 | FA |
| 4 | Commonwealth Edison companies, landlords, and | 1,600.00 | 0.00 | | 0.00 | FA |
| 5 | household goods audio, video, and computer | 500.00 | 500.00 | | 0.00 | FA |
| 6 | various stamp, coin, record, tape, disc, and oth | 300.00 | 300.00 | | 0.00 | FA |
| 7 | American Family term insurance insurance company | 500.00 | 500.00 | | 0.00 | FA |
| 8 | 100% shareholder in Huntley Antique & Jewelry Ma | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 100% shareholders in The Estate Store Inc. Itemi | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2000 Dodge Truck | 2,000.00 | 1,500.00 | | 0.00 | FA |
| 11 | 2005 A4 Audi | 9,800.00 | 4,560.81 | | 0.00 | FA |
| 12 | Debtor has a check issued from American Modern H | 27,294.62 | 24,894.62 | | 27,294.62 | FA |
| 13 | 1997 F355 Spider (u) | 0.00 | 10,000.00 | | 8,000.00 | FA |
| 13 | **Assets      Totals      (Excluding unknown values)** | **$284,594.62** | **$42,355.43** | | **$35,294.62** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A  
Page: 2

**Case No.:** 12-10214  
**Case Name:** MATOUSEK, JOHN DREW  
**For Period Ending:** 09/02/2016

**Trustee Name:** (330623) Michael Desmond  
**Date Filed (f) or Converted (c):** 03/14/2012 (f)  
**§ 341(a) Meeting Date:** 05/10/2012  
**Claims Bar Date:** 09/11/2013

**Major Activities Affecting Case Closing:**

    Reached Settlement with Lienholder and insurer of Farari. Preparing final fee petition and Final Report

**Initial Projected Date Of Final Report (TFR):**  12/31/2014      **Current Projected Date Of Final Report (TFR):**  09/30/2016

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-10214 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | MATOUSEK, JOHN DREW | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5482 | Account #: | ******5766 Checking Account |
| For Period Ending: | 09/02/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/10/2013 | {12} | American Modern Insurance | Insurance Proceeds on Auto | 1129-000 | 27,294.62 | | 27,294.62 |
| 06/14/2013 | {12} | American Modern Insurance | Reversed Deposit 100001 1 Insurance Proceeds on Auto Bank required missing endorsement | 1129-000 | -27,294.62 | | 0.00 |
| 08/07/2013 | {12} | American Modern Insurance | Insurance Proceeds on Auto - Redeposited with Correct Endorsement | 1129-000 | 27,294.62 | | 27,294.62 |
| 08/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.78 | 27,265.84 |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.90 | 27,227.94 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.08 | 27,184.86 |
| 11/22/2013 | 101 | SMS Financial LLC | Settlement of Secured Claim per Settlement Order dated 11-19-2013 | 4210-000 | | 13,076.76 | 14,108.10 |
| 11/22/2013 | 102 | Personalized Automotive Services | Payment of Storage Lien per Settlement Order dated 11-19-2013 Voided on 07/24/2014 | 4220-000 | | 5,500.00 | 8,608.10 |
| 11/22/2013 | 103 | Heartland Bank & Trust | Settlement of Secured Claim per Order dated 11-19-2013 | 4210-000 | | 8,691.18 | -83.08 |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                           ! - transaction has not been cleared

Form 2

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-10214 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | MATOUSEK, JOHN DREW | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5482 | Account #: | ******5766 Checking Account |
| For Period Ending: | 09/02/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.49 | -119.57 |
| 12/09/2013 | | Michael Mattenson | Net Proceeds on Sale of Automobile after payment of Storage Fees of $5,500.00. per sale order dated 11-19-2013 | | 2,500.00 | | 2,380.43 |
| | {13} | | $8,000.00 | 1229-000 | | | 2,380.43 |
| | | | Storage Fees -$5,500.00 | 2420-000 | | | 2,380.43 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.12 | 2,362.31 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.68 | 2,350.63 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.53 | 2,340.10 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.89 | 2,329.21 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.01 | 2,317.20 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.24 | 2,305.96 |

{} Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| Case No.: | 12-10214 | Trustee Name: | Michael Desmond (330623) |
| --- | --- | --- | --- |
| Case Name: | MATOUSEK, JOHN DREW | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5482 | Account #: | ******5766 Checking Account |
| For Period Ending: | 09/02/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.85 | 2,295.11 |
| 07/24/2014 | 102 | Personalized Automotive Services | Payment of Storage Lien per Settlement Order dated 11-19-2013 Voided: check issued on 11/22/2013 | 4220-000 | | -5,500.00 | 7,795.11 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.33 | 7,782.78 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.81 | 7,771.97 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.92 | 7,760.05 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.53 | 7,748.52 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.03 | 7,738.49 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.61 | 7,725.88 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.11 | 7,714.77 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.35 | 7,704.42 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.81 | 7,692.61 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.06 | 7,681.55 |

{} Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 4

| Case No.: | 12-10214 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | MATOUSEK, JOHN DREW | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5482 | Account #: | ******5766 Checking Account |
| For Period Ending: | 09/02/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.67 | 7,670.88 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.76 | 7,659.12 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.38 | 7,647.74 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.63 | 7,637.11 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.71 | 7,625.40 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.96 | 7,614.44 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.58 | 7,603.86 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.02 | 7,591.84 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.52 | 7,581.32 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.50 | 7,570.82 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.94 | 7,558.88 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.48 | 7,548.40 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.46 | 7,537.94 |

{} Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

|  |  | Exhibit B |
|---|---|---|
|  | Form 2 | Page: 5 |

## Cash Receipts And Disbursements Record

| Case No.: | 12-10214 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | MATOUSEK, JOHN DREW | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5482 | Account #: | ******5766 Checking Account |
| For Period Ending: | 09/02/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 11.89 | 7,526.05 |
| 07/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.43 | 7,515.62 |
| 08/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 11.85 | 7,503.77 |
|  |  | COLUMN TOTALS |  |  | 29,794.62 | 22,290.85 | $7,503.77 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | Subtotal |  |  | 29,794.62 | 22,290.85 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | NET Receipts / Disbursements |  |  | $29,794.62 | $22,290.85 |  |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                              ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 6

| | | | |
|---|---|---|---|
| **Case No.:** | 12-10214 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | MATOUSEK, JOHN DREW | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5482 | **Account #:** | ******5766 Checking Account |
| **For Period Ending:** | 09/02/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5766 Checking Account | $29,794.62 | $22,290.85 | $7,503.77 |
| | **$29,794.62** | **$22,290.85** | **$7,503.77** |

**UST Form 101-7-TFR (5/1/2011)**

Page: 1

# Exhibit C
## Analysis of Claims Register

**Case: 12-10214**              **JOHN DREW MATOUSEK**

Claims Bar Date: 09/11/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Audi Financial Services<br>P O Box 17497<br>Baltimore, MD 21297<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Citizens First National Bank<br>606 Main Street<br>Princeton, IL 61356<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Citizens First National Bank<br>606 Main Street<br>Princeton, IL 61356<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Citizens First National Bank<br>606 Main Street<br>Princeton, IL 61356<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| FEE | Michael K. Desmond<br>10 South La Salle St. 3600<br>Chicago, IL 60603<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>03/14/12 | | $4,279.46<br>$4,279.46 | $0.00 | $4,279.46 |
| | American Express<br>P O Box 0001<br>Los Angeles, CA 90096<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 2

# Exhibit C
## Analysis of Claims Register

**Case:** 12-10214                                JOHN DREW MATOUSEK

Claims Bar Date: 09/11/13

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| | Bank Of America<br>P O Box 851001<br>Dallas, TX 75285<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Capital One<br>P O Box O6492<br>Carol Stream, IL 60197<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Casey Automotive<br>44 N Barrington Road<br>Streamwood, IL 60107<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chase Bank<br>P O Box 385908<br>Minneapolis, MN 55438<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Citizens First National Bank<br>606 Main Street<br>Princeton, IL 61356<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Diamond Zone<br>5 S Wabash Ave   Suite 1204<br>Chicago, IL 60603<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Discover<br>P O Box 3008<br>New Albany, OH 43054<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 3

# Exhibit C
## Analysis of Claims Register

**Case:** 12-10214      **JOHN DREW MATOUSEK**

Claims Bar Date: 09/11/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Exxon Mobil<br>P O Box 6404<br>Sioux Falls, SD 57117<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | HSBC Retail Services<br>P O Box 4144<br>Carol Stream, IL<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | O'Brien Law Office<br>124A S County Farm Road<br>Wheaton, IL 60187<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | SST<br>P O Box 23060<br>Columbus, GA 31902<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Sears Mastercard<br>P O Box 6282<br>Sioux Falls, SD 57117<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | The Home Depot<br>P O Box 182676<br>Columbus, OH 43218<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 4

# Exhibit C
## Analysis of Claims Register

**Case: 12-10214**  **JOHN DREW MATOUSEK**

Claims Bar Date: 09/11/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Wells Fargo Financial Cards<br>P O Box 5943<br>Sioux Falls, SD 57117<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/14/12 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Atlas Acquisitions LLC (Bank of America, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/13/13 |  | $4,368.07<br>$4,368.07 | $0.00 | $4,368.07 |
| 2 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/14/13 |  | $7,474.17<br>$7,474.17 | $0.00 | $7,474.17 |
| 3 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/13 |  | $464.37<br>$464.37 | $0.00 | $464.37 |
| 4 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/16/13 |  | $1,047.13<br>$1,047.13 | $0.00 | $1,047.13 |
| 5 -2 | Heartland Bank and Trust Company, successor in int<br>c/o O'Brien Law Offices, P.C.<br>124A South County Farm Road<br>Wheaton, IL 60187<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/27/13 |  | $6,749.15<br>$6,749.15 | $0.00 | $6,749.15 |

**UST Form 101-7-TFR (5/1/2011)**

Case 12-10214   Doc 46   Filed 09/08/16   Entered 09/08/16 13:38:10   Desc Main
              Document      Page 15 of 18

Page: 5

# Exhibit C

## Analysis of Claims Register

**Case: 12-10214**  **JOHN DREW MATOUSEK**

Claims Bar Date: 09/11/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 -2 | SMS FINANCIAL JDC, LP. 6829 N. 12TH ST. PHOENIX, AZ 85014 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/05/13 | | $47,965.23 $47,965.23 | $0.00 | $47,965.23 |
| 7 | Bureaus Investment Group Portfolio No 15 LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/10/13 | | $1,716.36 $1,716.36 | $0.00 | $1,716.36 |
| | | | **Case Total:** | | **$0.00** | **$74,063.94** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-10214
Case Name: JOHN DREW MATOUSEK
Trustee Name: Michael Desmond

**Balance on hand:** $ 7,503.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,503.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 4,279.46 | 0.00 | 4,279.46 |

Total to be paid for chapter 7 administrative expenses: $ 4,279.46
Remaining balance: $ 3,224.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,224.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

UST Form 101-7-TFR(5/1/2011)

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 3,224.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $69,784.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Bank of America, N.A.) | 4,368.07 | 0.00 | 201.82 |
| 2 | Discover Bank | 7,474.17 | 0.00 | 345.34 |
| 3 | Capital One Bank (USA), N.A. | 464.37 | 0.00 | 21.46 |
| 4 | American Express Bank, FSB | 1,047.13 | 0.00 | 48.38 |
| 5 -2 | Heartland Bank and Trust Company, successor in int | 6,749.15 | 0.00 | 311.84 |
| 6 -2 | SMS FINANCIAL JDC, LP. | 47,965.23 | 0.00 | 2,216.17 |
| 7 | Bureaus Investment Group Portfolio No 15 LLC | 1,716.36 | 0.00 | 79.30 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 3,224.31 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  |  | None |  |  |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**