# N THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-10214 |
| | ) | |
| JOHN DREW MATOUSEK, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |

## PROOF OF SERVICE

**TO:**   See attached Service List.

I, MICHAEL K. DESMOND, state that the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was served upon the parties listed as the Manual Notice List on the attached Service List by depositing a copy of same in the U.S. Mail at 10 S. LaSalle Street, Chicago, IL 60603 on September 9, 2016 before the hour of 5:00 p.m., proper postage prepaid.

Date: September 9, 2016

MICHAEL K. DESMOND, not individually but solely in his capacity as chapter 7 trustee for the bankruptcy estate of
JOHN DREW MATOUSEK

By:   *Michael K. Desmond*
       Ch. 7 Trustee

Michael K. Desmond (IL ARDC #6208809)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-5287
Fax: (312) 251-4610

## SERVICE LIST

**Mailing Information for Case 12-10214**

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Mark F. Becker    beclaw@att.net
- Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- Joel P Fonferko    ND-One@il.cslegal.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Michael A O'Brien    mobrien@obrienlawoffices.com, pdunne@obrienlawoffices.com

## Manual Notice List

| | |
|---|---|
| Atlas Acquisitions LLC (Bank of America, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | Discover Bank<br>DB Servicing Corporation<br>P.O. Box 3025<br>New Albany, OH 43054-3025 |
| Capital One Bank (USA), N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Heartland Bank and Trust Company,<br>Successor in interest<br>c/o O'Brien Law Offices, P.C.<br>124A South County Farm Rd.<br>Wheaton, IL 60187 | SMS Financial JDC, LP<br>6829 N. 12th St.<br>Phoenix, AZ 85014 |
| Bureaus Investment Group Portfolio No. 15 LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131-1605 | |