**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  MATOUSEK, JOHN DREW

§     Case No. 12-10214
§
§
§

Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Michael  Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $257,300.00 | Assets Exempt:  $21,000.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:  $24,992.25 | Claims Discharged Without Payment:  $125,433.29 |
| Total Expenses of Administration:  $10,302.37 | |

3) Total gross receipts of $35,294.62 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $35,294.62 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $235,661.74 | $21,767.94 | $21,767.94 | $21,767.94 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $10,302.37 | $10,302.37 | $10,302.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $58,873.12 | $69,784.48 | $69,784.48 | $3,224.31 |
| **TOTAL DISBURSEMENTS** | $294,534.86 | $101,854.79 | $101,854.79 | $35,294.62 |

4) This case was originally filed under chapter 7 on 03/14/2012.  The case was pending for 59 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      01/26/2017                    By: /s/ Michael  Desmond
                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor has a check issued from American Modern H | 1129-000 | $27,294.62 |
| 1997 F355 Spider | 1229-000 | $8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,294.62** |
| [1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.* | | |

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heartland Bank & Trust | 4210-000 | NA | $8,691.18 | $8,691.18 | $8,691.18 |
| | SMS Financial LLC | 4210-000 | NA | $13,076.76 | $13,076.76 | $13,076.76 |
| N/F | Audi Financial Services | 4110-000 | $3,739.19 | NA | NA | NA |
| N/F | Citizens First National Bank | 4110-000 | $48,595.85 | NA | NA | NA |
| N/F | Citizens First National Bank | 4110-000 | $172,332.00 | NA | NA | NA |
| N/F | Citizens First National Bank | 4110-000 | $10,994.70 | NA | NA | NA |
| | **TOTAL SECURED** | | **$235,661.74** | **$21,767.94** | **$21,767.94** | **$21,767.94** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 2100-000 | NA | $4,279.46 | $4,279.46 | $4,279.46 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - Michael Mattenson | 2420-000 | NA | $5,500.00 | $5,500.00 | $5,500.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $522.91 | $522.91 | $522.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$10,302.37** | **$10,302.37** | **$10,302.37** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Bank of America, N.A.) | 7100-000 | $0.00 | $4,368.07 | $4,368.07 | $201.82 |
| 2 | Discover Bank | 7100-000 | $0.00 | $7,474.17 | $7,474.17 | $345.34 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $464.37 | $464.37 | $21.46 |
| 4 | American Express Bank, FSB | 7100-000 | $0.00 | $1,047.13 | $1,047.13 | $48.38 |
| 5 -2 | Heartland Bank and Trust Company, successor in int | 7100-000 | $0.00 | $6,749.15 | $6,749.15 | $311.84 |
| 6 -2 | SMS FINANCIAL JDC, LP. | 7100-000 | $0.00 | $47,965.23 | $47,965.23 | $2,216.17 |
| 7 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | $0.00 | $1,716.36 | $1,716.36 | $79.30 |
| N/F | American Express | 7100-000 | $1,012.13 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $4,368.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $465.00 | NA | NA | NA |
| N/F | Casey Automotive | 7100-000 | $1,052.00 | NA | NA | NA |
| N/F | Chase Bank | 7100-000 | $900.00 | NA | NA | NA |
| N/F | Citizens First National Bank | 7100-000 | $16,050.00 | NA | NA | NA |
| N/F | Diamond Zone | 7100-000 | $7,754.42 | NA | NA | NA |
| N/F | Discover | 7100-000 | $7,041.00 | NA | NA | NA |
| N/F | Exxon Mobil | 7100-000 | $641.00 | NA | NA | NA |

| | | | | | | |
|------|-----------------------------|----------|-------------|--------------|--------------|------------|
| N/F | HSBC Retail Services | 7100-000 | $1,328.00 | NA | NA | NA |
| N/F | O'Brien Law Office | 7100-000 | $2,783.57 | NA | NA | NA |
| N/F | SST | 7100-000 | $6,862.00 | NA | NA | NA |
| N/F | Sears Mastercard | 7100-000 | $315.00 | NA | NA | NA |
| N/F | The Home Depot | 7100-000 | $2,914.00 | NA | NA | NA |
| N/F | Wells Fargo Financial Cards | 7100-000 | $5,387.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$58,873.12** | **$69,784.48** | **$69,784.48** | **$3,224.31** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  1

**Case No.:**  12-10214

**Case Name:**  MATOUSEK, JOHN DREW

**For Period Ending:**  01/26/2017

**Trustee Name:**  (330623) Michael Desmond

**Date Filed (f) or Converted (c):**  03/14/2012 (f)

**§ 341(a) Meeting Date:**  05/10/2012

**Claims Bar Date:**  09/11/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12553 Castle Rock Drive, Huntley, IL Debtor has | 37,500.00 | 0.00 | | 0.00 | FA |
| 2 | are1433 W. Oakmont | 205,000.00 | 0.00 | | 0.00 | FA |
| 3 | cash | 100.00 | 100.00 | | 0.00 | FA |
| 4 | Commonwealth Edison companies, landlords, and | 1,600.00 | 0.00 | | 0.00 | FA |
| 5 | household goods audio, video, and computer | 500.00 | 500.00 | | 0.00 | FA |
| 6 | various stamp, coin, record, tape, disc, and oth | 300.00 | 300.00 | | 0.00 | FA |
| 7 | American Family term insurance insurance company | 500.00 | 500.00 | | 0.00 | FA |
| 8 | 100% shareholder in Huntley Antique & Jewelry Ma | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 100% shareholders in The Estate Store Inc. Itemi | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2000 Dodge Truck | 2,000.00 | 1,500.00 | | 0.00 | FA |
| 11 | 2005 A4 Audi | 9,800.00 | 4,560.81 | | 0.00 | FA |
| 12 | Debtor has a check issued from American Modern H | 27,294.62 | 24,894.62 | | 27,294.62 | FA |
| 13 | 1997 F355 Spider (u) | 0.00 | 10,000.00 | | 8,000.00 | FA |
| **13** | **Assets      Totals**   (Excluding unknown values) | **$284,594.62** | **$42,355.43** | | **$35,294.62** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:   2

**Case No.:**   12-10214

**Case Name:**   MATOUSEK, JOHN DREW

**For Period Ending:**   01/26/2017

**Trustee Name:**     (330623) Michael Desmond

**Date Filed (f) or Converted (c):**   03/14/2012 (f)

**§ 341(a) Meeting Date:**   05/10/2012

**Claims Bar Date:**   09/11/2013

**Major Activities Affecting Case Closing:**

Reached Settlement with Lienholder and insurer of Farari.  Preparing final fee petition and Final Report

**Initial Projected Date Of Final Report (TFR):**         12/31/2014

**Current Projected Date Of Final Report (TFR):**         09/08/2016 (Actual)

01/26/2017

Date

/s/Michael Desmond

Michael Desmond

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-10214 | |
| **Case Name:** | MATOUSEK, JOHN DREW | |
| **Taxpayer ID #:** | **-***5482 | |
| **For Period Ending:** | 01/26/2017 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/10/2013 | {12} | American Modern Insurance | Insurance Proceeds on Auto | 1129-000 | 27,294.62 | | 27,294.62 |
| 06/14/2013 | {12} | American Modern Insurance | Reversed Deposit 100001 1 Insurance Proceeds on Auto Bank required missing endorsement | 1129-000 | -27,294.62 | | 0.00 |
| 08/07/2013 | {12} | American Modern Insurance | Insurance Proceeds on Auto - Redeposited with Correct Endorsement | 1129-000 | 27,294.62 | | 27,294.62 |
| 08/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.78 | 27,265.84 |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.90 | 27,227.94 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.08 | 27,184.86 |
| 11/22/2013 | 101 | SMS Financial LLC | Settlement of Secured Claim per Settlement Order dated 11-19-2013 | 4210-000 | | 13,076.76 | 14,108.10 |
| 11/22/2013 | 102 | Personalized Automotive Services | Payment of Storage Lien per Settlement Order dated 11-19-2013 Voided on 07/24/2014 | 4220-000 | | 5,500.00 | 8,608.10 |
| 11/22/2013 | 103 | Heartland Bank & Trust | Settlement of Secured Claim per Order dated 11-19-2013 | 4210-000 | | 8,691.18 | -83.08 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

## Form 2

### Cash Receipts And Disbursements Record

Exhibit 9
Page:  2

| | | |
|---|---|---|
| **Case No.:** | 12-10214 | |
| **Case Name:** | MATOUSEK, JOHN DREW | |
| **Taxpayer ID #:** | **-***5482 | |
| **For Period Ending:** | 01/26/2017 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.49 | -119.57 |
| 12/09/2013 | | Michael Mattenson | Net Proceeds on Sale of Automobile after payment of Storage Fees of $5,500.00. per sale order dated 11-19-2013 | | 2,500.00 | | 2,380.43 |
| | {13} | | $8,000.00 | 1229-000 | | | 2,380.43 |
| | | | Storage Fees -$5,500.00 | 2420-000 | | | 2,380.43 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.12 | 2,362.31 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.68 | 2,350.63 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.53 | 2,340.10 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.89 | 2,329.21 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.01 | 2,317.20 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.24 | 2,305.96 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9

Page:  3

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:**            12-10214
**Case Name:**        MATOUSEK, JOHN DREW
**Taxpayer ID #:**    **-***5482
**For Period Ending:**  01/26/2017

**Trustee Name:**     Michael Desmond (330623)
**Bank Name:**        Rabobank, N.A.
**Account #:**        ******5766 Checking Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.85 | 2,295.11 |
| 07/24/2014 | 102 | Personalized Automotive Services | Payment of Storage Lien per Settlement Order dated 11-19-2013 Voided: check issued on 11/22/2013 | 4220-000 | | -5,500.00 | 7,795.11 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.33 | 7,782.78 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.81 | 7,771.97 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.92 | 7,760.05 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.53 | 7,748.52 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.03 | 7,738.49 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.61 | 7,725.88 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.11 | 7,714.77 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.35 | 7,704.42 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.81 | 7,692.61 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.06 | 7,681.55 |

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 12-10214 |
| **Case Name:** | MATOUSEK, JOHN DREW |
| **Taxpayer ID #:** | **-***5482 |
| **For Period Ending:** | 01/26/2017 |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.67 | 7,670.88 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.76 | 7,659.12 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.38 | 7,647.74 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.63 | 7,637.11 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.71 | 7,625.40 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.96 | 7,614.44 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.58 | 7,603.86 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.02 | 7,591.84 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.52 | 7,581.32 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.50 | 7,570.82 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.94 | 7,558.88 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.48 | 7,548.40 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.46 | 7,537.94 |

{ } Asset Reference(s)          **UST Form 101-7-TDR ( 10 /1/2010)**          *! - transaction has not been cleared*

Exhibit 9
Page:  5

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-10214 | |
| **Case Name:** | MATOUSEK, JOHN DREW | |
| **Taxpayer ID #:** | **-***5482 | |
| **For Period Ending:** | 01/26/2017 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.89 | 7,526.05 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.43 | 7,515.62 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.85 | 7,503.77 |
| 10/28/2016 | 104 | Michael K. Desmond | Distribution payment - Dividend paid at 100.00% of $4,279.46; Claim # FEE; Filed: $4,279.46 | 2100-000 | | 4,279.46 | 3,224.31 |
| 10/28/2016 | 105 | Atlas Acquisitions LLC (Bank of America, N.A.) | Distribution payment - Dividend paid at 4.62% of $4,368.07; Claim # 1; Filed: $4,368.07 | 7100-000 | | 201.82 | 3,022.49 |
| 10/28/2016 | 106 | Discover Bank | Distribution payment - Dividend paid at 4.62% of $7,474.17; Claim # 2; Filed: $7,474.17 | 7100-000 | | 345.34 | 2,677.15 |
| 10/28/2016 | 107 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 4.62% of $464.37; Claim # 3; Filed: $464.37 | 7100-000 | | 21.46 | 2,655.69 |
| 10/28/2016 | 108 | American Express Bank, FSB | Distribution payment - Dividend paid at 4.62% of $1,047.13; Claim # 4; Filed: $1,047.13 | 7100-000 | | 48.38 | 2,607.31 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                      *! - transaction has not been cleared*

Exhibit 9
Page:  6

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 12-10214 |
| **Case Name:** | MATOUSEK, JOHN DREW |
| **Taxpayer ID #:** | **-***5482 |
| **For Period Ending:** | 01/26/2017 |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/28/2016 | 109 | Heartland Bank and Trust Company, successor in int | Distribution payment - Dividend paid at 4.62% of $6,749.15; Claim # 5 -2; Filed: $6,749.15 | 7100-000 | | 311.84 | 2,295.47 |
| 10/28/2016 | 110 | SMS FINANCIAL JDC, LP. | Distribution payment - Dividend paid at 4.62% of $47,965.23; Claim # 6 -2; Filed: $47,965.23 | 7100-000 | | 2,216.17 | 79.30 |
| 10/28/2016 | 111 | Bureaus Investment Group Portfolio No 15 LLC | Distribution payment - Dividend paid at 4.62% of $1,716.36; Claim # 7; Filed: $1,716.36 | 7100-000 | | 79.30 | 0.00 |
| | | **COLUMN TOTALS** | | | 29,794.62 | 29,794.62 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 29,794.62 | 29,794.62 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $29,794.62 | $29,794.62 | |

{} Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                                                                     ! - transaction has not been cleared

**Exhibit 9**
Page:  7

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-10214 | | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | MATOUSEK, JOHN DREW | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5482 | | **Account #:** | ******5766 Checking Account |
| **For Period Ending:** | 01/26/2017 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5766 Checking Account | $29,794.62 | $29,794.62 | $0.00 |
| | **$29,794.62** | **$29,794.62** | **$0.00** |

01/26/2017
**Date**

/s/Michael Desmond

**Michael Desmond**

**UST Form 101-7-TDR (10 /1/2010)**